UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDY A. DELEON,

    Plaintiff,

v.     Case No. 2:20-cv-472-JLB-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

The Magistrate Judge filed a Report and Recommendation ("R&R") in this matter on November 15, 2021, recommending that the Commissioner of Social Security's ("Commissioner") decision denying Plaintiff's claim for disability insurance benefits and supplemental security income be affirmed.  (Doc. 22). Neither party has filed an objection to the R&R, and the time to do so has expired. After considering the R&R, the Court concludes that the R&R is correct and adopts it in full.

## DISCUSSION

A district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1)(C).  The factual findings in a report and recommendation need not be reviewed de novo in the absence of an objection, but legal conclusions are always reviewed de novo.  Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).  After an independent review of the record—and noting that no objections

have been filed—the Court agrees with the well-reasoned R&R and therefore affirms the Commissioner's decision.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** for all purposes.

2. The final decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines, and close the file.

**ORDERED** in Fort Myers, Florida, on December 20, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE